JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MEGAN RACHOW
Nevada Bar Number 8231
PENELOPE J. BRADY
ANDREW KEENAN
Assistant United States Attorneys
400 South Virginia, Suite 900
Reno, Nevada 89501
Telephone: (775) 784-5438
Megan.Rachow@usdoj.gov
Penelope.Brady@usdoj.gov
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORY SPURLOCK,<br><br>　　　　Defendant. | Case No. 3:23-cr-00022-MMD-CLB<br><br>**Notice of Intent Not to Seek the Death Penalty** |

　　The Department of Justice has directed United States Attorney Jason Frierson not to seek the death penalty against the defendant in the above-captioned case.

　　DATED this 31st day of July, 2024

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JASON FRIERSON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Megan Rachow*
　　　　　　　　　　　　　　　　　　MEGAN RACHOW
　　　　　　　　　　　　　　　　　　Assistant United States Attorney